**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| | * | |
| **REYA C. BOYER-LIBERTO,** | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-12-212 |
| **FONTAINEBLEAU CORP.** *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

In accordance with the foregoing memorandum, it is hereby ORDERED:

1. Defendants' motion for summary judgment (ECF No. 43) is GRANTED;

2. Defendants' motion for sanctions (ECF No. 34) is DENIED AS MOOT;

3. Judgment is ENTERED for Defendants;

4. The Clerk shall CLOSE the case.

DATED this  4th  day of April, 2013.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge